## A07A0306. FERRARI et al. v. AMERICAN HOME PRODUCTS CORPORATION et al.

(716 SE2d 590)

SMITH, Presiding Judge.

In *American Home Products Corp. v. Ferrari*, 289 Ga. 184 (710 SE2d 771) (2011), the Supreme Court reversed the judgment of this court in *Ferrari v. American Home Products Corp.*, 286 Ga. App. 305 (650 SE2d 585) (2007), based upon the opinion of the Supreme Court of the United States in *American Home Products Corp. v. Ferrari*, ___ U. S. ___ (131 SC 1567, 179 LE2d 471) (2011). We therefore vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court. We further hold that we cannot consider the Ferraris' constitutional claims because they were not timely raised or ruled upon by the trial court. See *Bohannon v. State*, 269 Ga. 130, 137 (5) (497 SE2d 552) (1998); *Dalton Point, L.P. v. Regions Bank*, 287 Ga. App. 468, 472 (3) (651 SE2d 549) (2007).

*Judgment affirmed. Barnes, P. J., and Miller, P. J., concur.*

DECIDED AUGUST 26, 2011.

*Lanny B. Bridgers*, for appellants.

*Fields, Howell, Athans & McLaughlin, Paul L. Fields, Jr., Alissa C. Malone, Greenberg Traurig, Lori G. Cohen, Christiana C. Jacxsens, Thompson Hine, Leslie J. Suson*, for appellees.